UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Corey E Deanes  
    Maurixa Deanes  
        Debtor(s)

Case No. 14 B 27191

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/24/2014.

2) The plan was confirmed on 10/28/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Completed on 04/20/2018.

6) Number of months from filing to last payment: 45.

7) Number of months case was pending: 50.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $22,472.76.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $86,950.00 |
| Less amount refunded to debtor | $4,655.63 |

**NET RECEIPTS:** $82,294.37

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,314.08 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,314.08

Attorney fees paid and disclosed by debtor:   $1,500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Americredit Financial Ser Inc | Secured | 19,385.00 | 18,916.65 | 18,916.65 | 18,916.65 | 381.95 |
| ARS National Services | Unsecured | 810.81 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 565.00 | 565.28 | 565.28 | 565.28 | 0.00 |
| Capital One Bank USA NA | Unsecured | 593.00 | 810.81 | 810.81 | 810.81 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 3,554.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Claims Accounting | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Club Wyndham Vacation Resorts, Inc. | Unsecured | 4,600.00 | NA | NA | 0.00 | 0.00 |
| Columbus Bank and Trust c/o MCM | Unsecured | 1,077.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 925.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 2,785.33 | 2,877.87 | 2,877.87 | 2,877.87 | 0.00 |
| Financial Recovery Services, INC. | Unsecured | 7,029.78 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 500.62 | NA | NA | 0.00 | 0.00 |
| Grant & Weber Inc | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| Great Lakes Higher Education Guaranty C | Unsecured | 39,096.30 | 30,502.82 | 30,502.82 | 30,502.82 | 0.00 |
| Great Lakes Higher Education Guaranty C | Unsecured | 0.00 | 9,777.97 | 9,777.97 | 9,777.97 | 0.00 |
| HSBC Card Services | Unsecured | 457.06 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service, Inc. | Unsecured | 106.50 | NA | NA | 0.00 | 0.00 |
| Legacy-Visa | Unsecured | 0.00 | 431.69 | 431.69 | 431.69 | 0.00 |
| LHR Inc | Unsecured | 530.33 | NA | NA | 0.00 | 0.00 |
| Massesys | Unsecured | 101.26 | NA | NA | 0.00 | 0.00 |
| Masseys | Unsecured | 165.27 | NA | NA | 0.00 | 0.00 |
| North Shore Agency-N3C | Unsecured | 36.91 | NA | NA | 0.00 | 0.00 |
| Oliphant Financial | Unsecured | 500.87 | 492.23 | 492.23 | 492.23 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 393.04 | 393.04 | 393.04 | 393.04 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 593.07 | 593.07 | 593.07 | 0.00 |
| Presence St. and Mary and Elizabeth | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| Presence St. Mary and Elizabeth | Unsecured | 351.00 | NA | NA | 0.00 | 0.00 |
| Presence St. Mary and Elizabeth | Unsecured | 573.00 | NA | NA | 0.00 | 0.00 |
| Primecare | Unsecured | 268.90 | NA | NA | 0.00 | 0.00 |
| Primecare Community Health | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Primecare Community Health | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| Primecare Community Health | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| Primecare Community Health Care | Unsecured | 282.50 | NA | NA | 0.00 | 0.00 |
| Primecare Community Health, Inc. | Unsecured | 94.50 | NA | NA | 0.00 | 0.00 |
| Primecare Community Health, Inc. | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 2,959.00 | 2,959.00 | 2,959.00 | 0.00 |
| Resurrection Ambulatory Services | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 61.38 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 81.47 | NA | NA | 0.00 | 0.00 |
| Saints Mary and Elizabeth Medical Center | Unsecured | 303.60 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Secured | 8,200.00 | 7,825.00 | 7,825.00 | 7,825.00 | 133.03 |
| Santander Consumer USA | Unsecured | 0.00 | 319.88 | 319.88 | 319.88 | 0.00 |
| TRS Recovery Services, Inc. | Unsecured | 47.70 | NA | NA | 0.00 | 0.00 |
| Weisss Memorial Hospital | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Windy City Smiles | Unsecured | 1,025.00 | NA | NA | 0.00 | 0.00 |
| Wyndham Vacation Resorts Inc | Unsecured | 1,230.34 | NA | NA | 0.00 | 0.00 |
| Wyndham Vacation Resorts Inc | Unsecured | 350.83 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $26,741.65 | $26,741.65 | $514.98 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$26,741.65** | **$26,741.65** | **$514.98** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$49,723.66** | **$49,723.66** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,314.08 |
| Disbursements to Creditors | $76,980.29 |
| **TOTAL DISBURSEMENTS:** | **$82,294.37** |

**UST Form 101-13-FR-S (9/1/2009)**

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/24/2018                     By: /s/ Marilyn O. Marshall
                                                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**